IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SUZIE GOODWYN,   *<br>                               *<br>    Plaintiff,           *<br>                               *<br>vs.                          *<br>                               *<br>                               *<br>CAPITAL ONE, N.A.,   *<br>d/b/a CAPITAL ONE AUTO FINANCE, *<br>and UNITED RECOVERY   *<br>SYSTEMS, LP.          *<br>                               *<br>    Defendants.        *<br>                               *<br>_____  * | CIVIL ACTION FILE NO.:<br>     4:14-cv-219 (CDL) |

### JOINT CONSENT STIPULATION OF VOLUNTARY DISMISSAL OF LAWSUIT WITH PREJUDICE

COMES NOW Plaintiff Suzie Goodwyn and Defendants Capital One, N.A. and United Recovery Systems, LP., by and through their undersigned counsel of record, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this their Joint Consent Stipulation of Voluntary Dismissal of Lawsuit With Prejudice.  Each party is to bear their own attorneys' fees, costs, and expenses incurred in connection with this action.

Respectfully submitted this 3rd day of November 2015.

                              CHARLES A. GOWER, P.C.

                              /s/ *Charles A. Gower*__
                              CHARLES A. GOWER
                              Georgia Bar No. 303500
                              MIRANDA J. BRASH
                              Georgia Bar No. 475203
                              1425 Wynnton Road
                              P. O. Box 5509
                              Columbus, GA  31906

1

                    (706)-324-5685
                    Charlie@cagower.com

*Attorneys for Plaintiff*

TROUTMAN SANDERS LLP

<u>Michael E. Lacy</u> (admitted pro hac vice)
1001 Haxall Point (23219)
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1326
(804) 698-6061 (fax)
michael.1acy@troutmansanders.com

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

<u>Alan G. Snipes</u>
ALAN G. SNIPES
Georgia Bar No: 665781
JAMES C. CLARK, JR.
Georgia Bar No: 127145
1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31902
(706) 324-0251
ags@psstf.com

BRANDON A CARNES
321 N CLARK ST STE 2200
CHICAGO, IL 60654
312-494-1000
bcarnes@rfclaw.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

This is to certify that on November 3, 2015, I electronically filed the within and foregoing **JOINT CONSENT STIPULATION OF VOLUNTARY DISMISSAL OF LAWSUIT WITH PREJUDICE** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 3rd day of November, 2015.

> /s/ *Charles A. Gower*
> CHARLES A. GOWER
> Georgia Bar No. 303500